IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DAVID GONZALEZ, RENE CANTU, JOSUE MOSEVAISE<br><br>　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§　C.A. NO. C-06-352<br>§<br>§<br>§<br>§<br>§ |

## ORDER DENYING STAY

On this day came on to be considered the parties' "Agreed Motion to Stay and Administratively Close Action" (D.E. 20). The Court DENIES the parties' motion.

SIGNED and ENTERED this 27th day of July, 2007.

_____
Janis Graham Jack
United States District Judge